# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph A. Kostelecky, | ) | Case No. 1:17-cr-015 |
| Defendant. | ) | |

Defendant is charged in an Indictment with five counts of wire fraud and one count of securities fraud. He made his initial appearance on these charges and was arraigned on January 6, 2017. Thereafter, he was conditionally released pending trial. As a conditions of his release, the court restricted his travel to the districts of North Dakota and Montana.

On June 20, 2017, defendant filed a motion to amend his release conditions to permit him to travel with his wife to Memphis, Tennessee, for the birth of his grandchild. He advises that his daughter his having a baby via cesarean, which is scheduled for August 24, 2017. He requests the court's permission to travel to Memphis on August 22, 2017, and return on August 30, 2017. The Government has no objection.

The court **GRANTS** defendant's motion (Docket No. 20). Defendant is authorized to travel to Memphis, Tennessee, from August 22, 2017, through August 30, 2017, to attend his grandchild's birth.

**IT IS SO ORDERED.**

Dated this 21st day of June, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
