# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph A. Kostelecky, ) | Case No. 1:17-cr-015 |
| ) | |
| Defendant. ) | |

Defendant is charged in an Indictment with five counts of wire fraud and one count of securities fraud. He made his initial appearance before the court and was arraigned on January 6, 2017. Thereafter, he was released on a personal recognizance bond that, amongst other things, restricted his travel to the States of North Dakota and Montana.

On March 1, 2018, defendant contacted the court to request its permission to travel to the Mayo Clinic in Rochester, Minnesota, for medical appointments scheduled on March 5 and 6, 2018. The court **GRANTS** defendant's request and authorizes defendant to travel to Minnesota from March 4-7, 2018.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court