# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph A. Kostelecky, | ) | Case No. 1:17-cr-015 |
| Defendant. | ) | |

The court previously released defendant pending trial on a personal recognizance bond that, amongst other things, restricted his travel to the States of North Dakota and Montana.

On July 9, 2018, defendant contacted the court to request its permission to travel to the Mayo Clinic in Rochester, Minnesota, on July 14, 2018, for treatment. The court **GRANTS** defendant's request and permits him to travel to Rochester on July 14, 2018. The court further modifies defendant's travel restriction to permit him to travel to Rochester for further appointments/treatment as necessary so long as he provides advance notice and a detailed traveled itinerary to his supervising Pretrial Services Officer and checks in with his supervising Pretrial Services Officer as he or she may direct.

**IT IS SO ORDERED.**

Dated this 11th day of July, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court